# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:19-mj-00098-WC |
| RHIANNON HILLER ) | |
| ) | Charging District: Southern District of California |
| Defendant ) | Charging District's Case No. 19CR3631CAB |

**FILED / ENTERED** OCT [?] 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Edward J. Schwartz U.S. Courthouse<br>221 West Broadway<br>San Diego, CA 92101 before Magistrate Judge Lopez | Courtroom No.: 2B |
|---|---|
| | Date and Time: 10/11/2019 at 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/08/2019

_William G. Cobb_
*Judge's signature*

William G. Cobb
*Printed name and title*

U.S. Magistrate Judge
District of Nevada